

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-18-00261-CR

Daniel **LAQUE** Sr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 16-03-0060-CRA
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we REFORM the trial court's judgment to reflect the offense for which Appellant Daniel Laque Sr. was convicted as "Sexual Assault," reform the judgment to reflect Appellant Daniel Laque Sr. was convicted under "Texas Penal Code section 22.011(a)(1)," and further reform the judgment to read as follows: "The age of the victim at the time of the offense was younger than 17 years of age." The trial court's judgment is AFFIRMED AS REFORMED.

SIGNED July 31, 2019.

_____
Patricia O. Alvarez, Justice